

Opinions of the United
States Court of Appeals
for the Third Circuit

12-12-2013

# Rachel Eastman v. First Data Corp

Precedential or Non-Precedential: Precedential

Docket No. 13-8071

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"Rachel Eastman v. First Data Corp" (2013). *2013 Decisions.* Paper 1570.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/1570

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 13-8071

RACHEL EASTMAN, an individual; ACADEMIC SOFTWARE, a New Jersey Corporation;
AIA ENTERPRISES INC, DBA Chesterfield Inn, a New Jersey Corporation;
BUDGET WINDOWS, a New Jersey Corporation; JOHN PIERSON, an individual,
on behalf of themselves and all others similarly situated;
Petitioners

v.

FIRST DATA CORP, a Delaware Corporation;
FIRST DATA MERCHANT SERVICES CORP, a Florida Corporation

**ORDER AMENDING OPINION**

The opinion issued on December 4, 2013 is hereby amended to delete the listing of
Nathan M. Edelstein, Esq. as counsel for Plaintiffs – Petitioners. Mark A. Fisher, Esq.,
Arnold C. Lakind, Esq., and Stephen Skillman represented Plaintiffs – Petitioners in the
matter before the Court.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date:       December 12, 2013
Cnd/cc:     Nathan M. Edelstein, Esq.
            Mark A. Fisher, Esq.
            Arnold C. Lakind, Esq.
            Stephen Skillman, Esq.
            Thomas A. Cunniff, Esq.